UNITED STATES DISTRICT COURT
District of Connecticut

Theodora F. Antar
*Plaintiff*

v.

Jane Kupson Grossman, et al
*Defendant*

Case No. _____

## NOTICE OF PRO SE APPEARANCE

To: The clerk of court and all parties of record, I am representing myself in the matter above.

10/7/2023
*Date*

*/s/ Theodora Antar*
*Filer's signature*

Theodora Antar
*Printed name*

856 Shagbark Drive
*Address*

Orange, CT, 06477
*City, State, Zip Code*

203-273-8419
*Telephone number*

## CERTIFICATE OF SERVICE

I hereby certify that on __10/7/23__, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

List here:

*/s/ Theodora Antar*
*Filer's signature*

Rev. 8/11/15