# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Matthew Lodice
was received by me on (date) 11/6/23.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) Karen Sowers, a person of suitable age and discretion who resides there,
on (date) 11/7/23, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) _____

My fees are $20 for travel and $20 for services, for a total of $40.00

I declare under penalty of perjury that this information is true.

Date: 11/7/23

_____
Servers signature

Jeremy Rosa, Notary
Printed name and title

41 Simsbury Rd, Stamford, CT 06705
Servers address

Additional information regarding attempted service, etc: