**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Whole House Remodeling LLC
was received by me on *(date)* 11/6/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Karen Sowers , a person of suitable age and discretion who resides there, on *(date)* 11/7/23 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ 20 for travel and $ 20 for services, for a total of $ 4 0.00

I declare under penalty of perjury that this information is true.

Date: 11/7/23

Servers signature

Jeremy Cosa, Notary
Printed name and title

41 Simsbury Rd Stamford, CT 06705
Servers address

Additional information regarding attempted service, etc: