# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Karen Bowers__
was received by me on *(date)* __11/23/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* __11/23/23__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: __11/23/23__

_____
Servers signature

__Jeremy Rosa Notary__
Printed name and title

__41 Simsbury Rd, Stamford, CT__
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Roy Bowers**
was received by me on *(date)* **11/23/23**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* **11/23/23** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: **11/23/23**

_____
Servers signature

**Jeremy Rosa, notary**
Printed name and title

**41 Simsbury Rd, Stamford, CT**
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Lodice on behalf of D-L.
was received by me on *(date)* 11/23/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* 11/23/23 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/23

_____
Servers signature

Jeremy Ford, Notary
Printed name and title

41 Simsbury Rd, Stamford, CT
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Lodice on behalf of J.L.
was received by me on *(date)* 11/23/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* 11/23/23 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/23

Servers signature

Jeremy Rose, notary
Printed name and title

41 Simsbury Rd, Stamford, CT
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Whole House Remodeling LLC was received by me on *(date)* 11/23/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* 11/23/23, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/23

Servers signature

Jeremy Rosa, notary
Printed name and title

41 Simsbury Rd, Stamford, CT
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Lodice
was received by me on *(date)* 11/23/23

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* 11/23/23 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40 0.00

I declare under penalty of perjury that this information is true.

Date: 11/23/23

_____
Servers signature

Jeremy Rosa, notary
Printed name and title

41 Simsbury Rd, Stamford, CT
Servers address

Additional information regarding attempted service, etc:

I knocked on the door, nobody answered. I then left the summons and complaint at the front door step and photographed it. I left it at the regular place of abode which is 48 Quarry Hill Road, Waterbury, CT, 06706.