## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Irene Antar__
was received by me on *(date)* __11/29/23__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Diamond Antanelus__, a person of suitable age and discretion who resides there,
on *(date)* __11/29/23__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $ __20__ for travel and $ __20__ for services, for a total of $ __40__.00

I declare under penalty of perjury that this information is true.

Date: __11/29/23__

_____
Servers signature

__Jeremy Rosa, notary__
Printed name and title

__41 Simsbury Rd Stamford, CT__
Servers' address

Additional information regarding attempted service, etc:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Diamanto Antonellis__
was received by me on *(date)* __11/29/23__.

☑ I personally served the summons on the individual at *(place)* __21 Byrna Road Woodbridge, CT, 06525__ on *(date)* __11/29/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ __20__ for travel and $ __20__ for services, for a total of $ __40__ 0.00

I declare under penalty of perjury that this information is true.

Date: __11/29/23__

Servers signature

__Jeremy Rosa - Notary__
Printed name and title

__41 Simsbury Rd, Stamton, CT__
Servers address

Additional information regarding attempted service, etc:

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Katagis
was received by me on *(date)* 11/29/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Diamond Antonelli, a person of suitable age and discretion who resides there,
on *(date)* 11/29/23, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $ 20 for travel and $ 20 for services, for a total of $ 40 0.00

I declare under penalty of perjury that this information is true.

Date: 11/29/23

_____
Servers signature

Jeremy Rosa Notary
Printed name and title

41 Ormsbury Rd, Stamford, CT
Servers address

Additional information regarding attempted service, etc: