## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR | ) | Civil Action No. **3:23-cv-01337-MPS** |
| *Plaintiff* | ) | |
| v. | ) | |
| GROSSMAN, ET AL. | ) | |
| *Defendant*s | ) | |
| | ) | February 13th, 2024 |
| | ) | |

### AFFIDAVIT (PETITIONER); NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE, AND REMEDY. Z(6)

**Acknowledgment In the Nature of Supplemental Rules for Administrative and Maritime Claims RulesC(6) <u>for Personal Protection From Federal/State/County/City/Municipal/Corporation Employees/Agents/Individuals</u>**

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

**Notice to Individual, Natural Living Soul is Notice to All Human Beings.**

**Notice to All Human Beings is Notice to Individual, Natural Living Soul.**

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." – In re McCowan (1917), 177 C. 93, 170**

**Public Law § 97-280 acknowledges the Holy Bible as the Word of God.**

**Silence is Acquiescence, Agreement, and Dishonour**

**This is a Self-Executing Contract.**

**Notice**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

1

**Daniel Chapter 4 verse 17 (K.J.V.)**

"17 This matter is by the decree of the watchers and the demand by the word of the Holy ones: to the intent that the living may know that the most High ruleth in the kingdom of men and giveth it to whomsoever He will and setteth up over it the basest of men."

Before Me, ___Greg Lirette_____, the undersigned Notary, on the 13th day of February, 2024, personally appeared: THEODORA:ANTAR©, known to me to be a credible natural person and of lawful age, who being duly sworn by me affirms, deposes, and says:

I, Theodora of the family Antar, as a natural person / a People on the state known as Connecticut, am hereby, as a gesture of peace, giving proper notice to the STATE OF Connecticut corporation and to the UNITED STATES corporation and to all municipal, county, and city corporations, and all other STATE CORPORATIONS, agents, employees, and all other individuals of the following:

As a peaceful, natural woman desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this Affidavit of Notice of Liability regarding Trespass **Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** as a courtesy to you and as a remedy should you decide to trespass upon me or other members of my Family. Failure to know or disobey any of your thousands of corporate regulations, statutes, or codes does not constitute a crime absent a victim or damages property or fraud - no corpus delecti.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

"In every prosecution for crime it is necessary to establish the 'corpus delecti', i.e., the body or elements of the crime." *People v. Lopez.* "The corpus delecti consists of two elements, namely, 1) the injury of loss or harm; and 2) a criminal agency causing them to exist." *People v. Frey*

Please note that this self-defense **Notice of Fee Schedule and Remedy for personal protection from Federal/State/County/City/Municipal/Corporation employees** is just per *Trezevant v. City of Tampa*, 741 F.2d 336 (11th Cir. 1984) Motorist was illegally held for 23 minutes on a traffic charge and was awarded $25,000 in damages. This sets the foundation for $1,086.00 per minute or $180,000.00 per day. When an individual is detained without a signed lawful 4th amendment warrant and without having committed a crime (Traffic infractions are NOT crimes.), the detention is a false arrest and unlawful imprisonment.

**WHEREAS** this is a formal and lawful Notice of Fee Schedule and Remedy that is established for Theodora:Antar and family members to include the lawful and unlawful matters relating to the Office of the Executor.

**Written permission is required for the express use of my LEGAL NAME, and I do not authorize its use by you or your AGENTS/third parties.**

Attorney fees and other remedies not listed in this fee schedule are determined under special circumstances and submitted via certified mail with return receipt to all parties involved.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**1.      For every unlawful solicited/unsolicited interference and trespass in my private matters and/or commercial affairs, the following administrative fees apply:$100,000.00**(one hundred thousand)**per offense** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**2. For every offense committed against entities, THEODORA ANTAR©, ANTAR, THEODORA, THEODORA ANTAR, THEODORA ANTAR,** and any and all derivations thereof on any document which is in any way associated with me, the living soul, **THEODORA: ANTAR ©, shall, by such document acting as prima facie evidence of violation, become liable for penalties of $300.000.00(three hundred thousand)payable in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.**

**3. For every offense or action taken against me: $1,000,000.00** (one million) in silver dollar coin convertible at the legal and lawful ration prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation of the RICO Act of 1970 for fraudulently and unlawfully under color of law misguiding natural persons to believe they are the entities (corporate fictions) to gain access to their TRUST ACCOUNTS.

**4. For each page of documents an agent, clerk, or clerk of the courts refuses**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**to file: $10,000.00** (ten thousand) per page in silver dollar coin convertible at the legal and lawful ration prescribed by law of 24:1 of Federal reserve notes to silver dollars per person per violation pursuant to **Federal Rules of Civil Procedures 5(d)(4))--**

**Acceptance by the clerk.**

**[A clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice and 18 U.S.C. §2071:(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceedings, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three (3) years, or both; (b) Whoever, having the custody of any such record, proceedings, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this titles or imprisoned not more than three (3) years or both; and shall forfeit his/her office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.**

**It is settled law that delivery of a pleading to a proper official Is sufficient to constitute filing thereof. *United States v. Lombardo*, 241 U.S. 73,**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va. 1967), it was held that a pleading delivered to a deputy clerk at his home at night was thereby filed. [*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 1968)]

5. **For each unsolicited/solicited phone call: $7,000** (seven thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation.

6. **For each unsolicited/solicited letter of harassment: $7,000.00**(seven thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation.

7. **For each correspondence that I write to RESPONDENTS and/or AGENTS/third parties of due to solicited and/or unsolicited meetings, letters of harassment, or breach of the Common Law: $2,000.00** (two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation.

8. **For each correspondence I receive from the commissioner's office regarding RESPONDENTS/AGENTS/third parties or unlawful letters of harassment: $5,000.00** (five thousand) in silver dollar coin convertible at the

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

legal and lawful ration prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation.

**9. For each correspondence I write to the Office of Fair Trading:$2,000.00 (two thousand)**in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**10. For each correspondence I write to court services and agents: $2,000.00 (two thousand)**in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**11.    For   each   correspondence   I   have   to   write   to   Trading Standards:$2,000.00**(two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**12. For each correspondence I have to write to the chief of police agent after the first notice is sent:$2,000.00**(two thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**13. For each court special appearance/ general appearance :$30.000.00 (thirty**

thousand)Federal Reserve notes per person per violation.


**14. For each phone call I make to relevant bodies / agents: $2,000.00 (two**

**thousand) plus $500 per hour or part thereof / $5.00 per minute** in silver dollar

coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal

Reserve notes to silver dollars per person per violation.


**15. For each individual failure to provide per individual requested evidence,**

**items, documents, proof of certified public oaths, or other lawfully required**

**and requested items/documents for the inspection of the Undersigned, the fee**

**of $5,000.00**(five thousand) per individual breach of this notice shall apply. It is

your tacit agreement that these fees become automatically subscribed to by the

RESPONDENT (named in due course) if all requested and named items are not

sent to the Sovereign Beneficiary with proof of receipt by recorded delivery and

signed for within (7) days after receipt of this notice payable in silver dollar coin

convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal

Reserve notes to silver dollars per violation.


**16. For each individual failure to perform a directive given by the Sovereign**

**Beneficiary:$10,000.00(ten thousand)**in silver dollar coin convertible at the legal

and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver

dollars per person per violation.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE**
**AND REMEDY.**

**17. For every direct order given to the Sovereign Beneficiary by a magistrate, a judge, or any so-called government official or agent:$30,000.00(thirty thousand)** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per person per violation.

**18. For every Unlawful Arrest, illegal Arrest, or Restraint or Distraint, or Trespassing/Trespass without a lawful, correct, complete, and original 4th amendment warrant with a wet ink signature: $l,000.000.00**( one million) plus additional damages pursuant to *Trezevant v. City of Tampa,* 741 F.2d 336 (11th Cir. 1984) ... and 2 acres of government, state, county, or city land, per occurrence, per officer, or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal reserve notes to silver dollars per violation.

**19. For every Excessive Bail, Fraudulent Bond, Fraudulent Warrant, Cruel / Unusual Punishment, Violation of Rights to a Speedy Trial or Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, and/or Abuse of Authority as per Title 18 U.S.C.A.§ 241 and 242 or definitions contained herein for encroachment: $l,000,000.00(one million)**and 1 acre of government, state, county, or city land per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per person per violation.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**20. For every Assault (with or without Weapon): $1,000.000.00**( one million) and 1 acre of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**21. For all Unfounded Accusations by an Officer of the Court, Police Officer, or Officers of the Sheriff's Department and State Troopers: $3.000.00**(three thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**22. For all Unlawful Detention or Incarceration: $200,000.00**(two hundred thousand)per day and 1 acre of government, state, county, or city land in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

**23. For every Incarceration for Civil or Criminal Contempt of court without lawful and valid reason: $200,000.00(two hundred thousand)** per day and 2 acres of government, state, county, or city land per occurrence in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.

**24. For every Threat, Coercion, Deception, or Attempted Deception by any**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

officer of the court: **$5,000.00(Five thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation.**

**25. For each Refusal of Lawful Bailment as Provided by the aforementioned Constitution and/or Honorable Bill of Rights: $1,000,000.00 ( one hundred thousand)** per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars as per *Trafficant v. Florida* per occurrence per officer and/or agent involved and 1 acre of government, state, county, or city land.

**26. For every Coercion or Attempted Coercion of the Real Natural Person to hold the liability of the Corporate Citizen against the Natural Person and Secured Party's Will: $200,000.00**(two hundred thousand) per occurrence per officer or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

**27. For each Recording of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency as aforementioned herein: 1 acre of government, state, county, or**

AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE
AND REMEDY.

**city land and $300,000.00** (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal reserve notes to silver dollars and **$500.00** (five hundred) per day penalty until all lien(s), levy(s), impoundment(s), and/or garnishment(s) are terminated along with all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest and my declared value of property.

**28. For every destruction, deprivation, concealment, defacing, alteration, or theft of property,** including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Person and Secured Party will incur a penalty of total new replacement costs of property as indicated by owner and secured party including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, quality, and quantity as the lost items. The list and description of affected property will be provided by the owner and secured party which will be accepted as complete, accurate, and uncontestable by the agency(s), representative(s), and/or person(s) thereof that caused such action. In addition to the aforementioned cost, **there will be a $6,000.00(six thousand)** fee per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

dollars until property is restored in full, beginning on the first day after the incident as provided by this contract.

**29. For every Denial and/or Abuse of Due Process: $200.000.00**(two hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per person per officer or agent involved.

**30. For every Obstruction of Justice: $I00,000.00(one hundred thousand)** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

**31. For every Reckless Endangerment, Failure to Identify, Refusal to Present Credentials, and/or Failure to Charge within 48 (FortyEight) Hours after being Detained / Arrested: $300,000.00** (three hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per occurrence per officer and/or agent involved.

**32. For every Counterfeit Statute Staple Security Instrument: $I0,000.00(twenty thousand)** in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation per officer and/or agent involved.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**33.     For every Trespass on Cestui Que Trust matter(s) and trust property Including any trust property impaired as a result of any action taken without consent:$l00,000.00** (one hundred thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per trespass per officer and/or agent involved.

**34. For every Trustee, agent, or individual Correspondence not signed in affidavit form under penalties of perjury or commercial liability:$5,000.00 (** five thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per communication not in compliance.

**35. For every Trustee, agent, or individual Foreclosure, Repossession, Court Matten against Cestui Que Trust:$200,000.00**(two hundred thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved.

**36.     For every Trustee or agent taking any Cestui Que Trust property through force, duress, coercion, conversion, including but not limited to arrest/assault/kidnapping/human   trafficking   :$l,000.000.00**(one   million)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**37.     For Harassment after Notice:$l00.000.00**(one hundred thousand)per occurrence per officer and/or agent involved in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per occurrence and 1 acre of government, state, county, or city land.

**38.  For each Violation, Breach of Trust, Breach of Contract, Breach of Fiduciary Duty, Breach of the Peace, Perjury of Oath(s) or Office of Trustee, False Swearing and acting without Authority / Jurisdiction by Trustees / Agents: $50,000.00**(fifty thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation and 100 acres of government, state, county, or city land per occurrence per officer and/or or agent involved.

**39.  For False Statements from Trustees, agents, or individuals: $20,000.00**(twenty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per false statement per officer and/or agent involved.

**40.   For each Impairment of Contract by Trustees, agents, or individuals:$30,000.00**(thirty thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars user fee per impairment.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**41. For each Violation of any unalienable rights including but not limited to all rights protected by Trusts, Trust Law, Law, Common Law, International Law, Constitutions, Law of Nations, etc. by the actions of Trustees, agents, or individuals :**

a.      one Troy ounce of .999 pure gold ( or its equivalent in Federal Reserve Notes) per hour for violating and of my unalienable rights or any of my family's unalienable rights under any and all circumstances by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

b. one Troy ounce of .999 pure gold( or its equivalent in Federal Reserve Notes) per detention initiated by any law enforcement officer, judge, magistrate, corporate agent, and/or citizen;

c. my body's weight in .999 pure gold (or its equivalent in Federal Reserve Notes) for the taking of my life. This lawful paper is to be honored by the People of the fifty states and the People of the United States of America for the protection of the People on the land known as any of the fifty states which make up the union known as the Unites States of America. This lawful paper must be honored in any court with any of the fifty states which make up the union known as the Unites States of America.

d. One Troy ounce of .999 pure gold (or its equivalent in Federal Reserve Notes) per hour for any of my time consumed in detention, imprisonment, or attempts by any law enforcement officer, judge,

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

magistrate, corporate agent, and/or citizen to establish their statutory jurisdiction upon Me or my family without expressed, written consent.

**42. For any harm done to our family pets without cause and/or justification: $100,000.00** (one hundred thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve notes to silver dollars per violation per person and 1 acre of government per officer and/or agent involved.

**43. For each requestor demand under lack of full disclosure without the autograph of the Beneficiary on any lawful contract: $15,000.00** (fifteen thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Federal Reserve notes to silver dollars per person per violation.

**44. For each taking of fingerprints by force, coercion, or duress: $4,000.00**(four thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars.

**45**. **For each field test demanded during unlawful detainment / traffic stop: $20,000.00**(twenty thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

**46**. **For each D.N.A. test demanded or taken by force, duress, or coercion**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**during unlawful detainment: $200,000.00** (two hundred thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per violation.

**47. For any fraudulent foreclosures, liens, contracts, auctions placed against my property: $500,000.00**(five hundred thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per person per violation and 2 acres of government, state, county, or city land per occurrence per officer and/or agent involved

**48. For all ex-parte hearings or meetings without my knowledge or consent and without given proper notice of 14 days In advance: $30,000,00** (thirty thousand)in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24: 1 of Federal Reserve notes to silver dollars.

**49. For failure to fully disclose any contract under acts of fraud: $50,000.00** (fifty thousand) in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

**50. For every theft of property of conveyance / automobile by impounding without written consent from me: $7,000.00** (seven thousand) per day in silver dollar coin convertible at the legal and lawful ratio prescribed by law of 24 : 1 of Federal Reserve notes to silver dollars per violation.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**Matthew Chapter 5 versus 25-26**

"25 Agree with thine adversary quickly, whiles thou art in the way with him; les at any time the adversary deliver thee to the judge, and the judge deliver thee to the officer, and thou be cast into prison. 26 Verily I say unto thee, thou shalt by no means come out thence till thou hast paid the uttermost farthing."

## <u>Maxims of Equity</u>

**1.**

**"Aequitas sequitir legem."**

**Equity follows the law.**

**1 Story, Eq. Jur. 64; 3 Wooddes. Lect. 479, 482.**

**2.**

**Equity will not suffer a wrong to be without a remedy.**

**3.**

**He who comes into equity must come with clean hands.**

**4.**

**Equity will not allow a remedy that is contrary to law.**

**5.**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**Equity will take jurisdiction to avoid a multiplicity of suits.**

**6.**

**Equity will not allow a statute to be used as a cloak for fraud.**

**7.**

**Equity regards the beneficiary as the true owner.**

**8.**

**"Vigilantibus non dormientibus aequitas subvenit."**

**Equity aids the vigilant, not those who slumber on their rights.**

**9.**

**Equity acts in personam or persons.**

**10.**

**Equity delights to do justice and not by halves.**

**Maxims of Law**

**1.**

**"A verbis legis non est recedendum."**

**From the words of the law there must be no departure.**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**2.**

**"Actus Dei nemini facit injuriam."**

**The act of God does no injury; that is, no one is responsible for**

**inevitable accidents.**

**3.**

**"Augupia verforum sunt judice indigna."**

**A twisting of language is unworthy of a judge.**

**4.**

**"Catalla just possessa amitti non possunt."**

**Chattels justly possessed cannot be lost.**

**5.**

**"Contractus legem ex conventione accipiunt."**

**The agreement of the parties make the law of the contract.**

**6.**

**"Culpa lata aequiparatur dolo."**

**A concealed fault is equal to a deceit.**

**7.**

**"Cum adsunt testimonia rerum quid opus est verbis?"**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE
AND REMEDY.**

When the proofs of facts are present, what need is there for words?

### 8.

**"Debet qui juri subjacere ubi delinquit."**

Every one ought to be subject to the law of the place where he offends.

### 9.

**"Ejus est non nolle qui potest velle."**

He who may consent tacitly may consent expressly.

### 10.

**"Ex factojus oritur actio exteriora indicant interiora secreta."**

Law arises out of fact; that is, its application must be to facts.

8 Co. R. 146.

### 11.

**"Actio exteriora indicant interiora secreta."**

External actions show internal secrets.

### 12.

**"Actor qui contra regulam quid adduxit non est audiendus."**

He ought not to be heard who advances a proposition contrary to the

rules of law.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**13.**

**"Actore non probante reus absolviture."**

**When the plaintiff does not prove his case, the defendant is absolved.**

**14.**

**"Argumentum simili valet in lege."**

**An argument drawn from a similar case or analogy avails in law.**

**15.**

**"Argumentum simile valet in lege."**

**An argument drawn from a similar case or analogy avails in law.**

**Co. Litt. 191**

**> The Common Law is the highest jurisdiction of man-made law and jurisprudence for the men and women sojourning on the landmass commonly referred to as the United States of America with the exception of the landmass commonly called Connecticut which has Civil Law.**

**> The Law Merchant is tied to the Common Law and is the highest jurisdiction of man-made law for the men and women sojourning on the landmass commonly referred to as the United States of America concerning commerce and associated contracts, bills, commercial**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

instruments, jurisprudence, et al.

>The Uniform Commercial Code is a code accepted or partially accepted by agreement of the various States regarding commercial contracts, commercial instruments, transactions, et al.

> The United States Constitution is the supreme contract for the men and women sojourning on the landmass commonly referred to as the United States of America.

> The Common Law reflects the Laws as recorded in the group of books commonly referred to as the Holy Bible and is verified by Sir William Blackstone in his published *Commentaries* which were instrumental to the founding Fathers in the framing and establishing of American jurisprudence.

> The past and present so-called Monarchs of Great Britain must swear a corporeal oath and thereby contract to uphold and defend the laws as recorded in the letter patent, the 1611 King James Bible, as well as the Common Law.

> There are references to a higher jurisdiction in the Declaration of Independence including but not limited to the Laws of Nature and Nature's God endowed by their Creator with certain unalienable Rights appealing to the Supreme Judge of the world for the rectitude of our intentions with a firm reliance on the protection of Divine Providence.

> The Oaths of Office are clear regarding the adherence to the

AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.

Constitution when taking an oath of office and entering on the Execution of his Office. Article II, Section I, last clause: The President "promises to 'preserve, protect, and defend the Constitution.'" Article VI, Clause III: "The Senators and Representatives before mentioned and the members of the several state legislatures, and all executive and judicial officers, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

> For any Respondent who has sworn an oath of office to support an/or defend the United States of America Constitution, <u>**I hereby accept that oath of office.**</u>

**Numbers Chapter 30 versus 1-2**

"1 And Moses spake unto the heads of the tribes concerning the children of Israel, saying, This is the thing which the Lord hath commanded. 2 If a mans vow a vow unto the Lord or swear an oath to bind his soul with a bond; he shall not break his word, he shall do according to all that proceedeth out of his mouth."

**Leviticus Chapter 5 versus 3-5**

"3 Or if he touch the uncleanness of man, whatsoever uncleanness it be that a man shall be defiled withal, and it be hid from him; when he knoweth *of* it, then he shall be guilty in one of these. 5 And it shall be,

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

when he shall be guilty in one of these things that he shall confess that he hath sinned in that thing:"

When Congress makes a law which is outside the scope of its enumerated powers, it is no "law" at all but it is **void**, and American **men and women have no obligation to comply.** Alexander Hamilton says this repeatedly in the Federalist Papers. Here are a few examples:

" If the federal government should overpass the just bounds of its authority and make a tyrannical use of its powers, **the people,** whose creature it is, **must appeal to the standard they have formed, and take such measures to redress the injury done to the Constitution as the exigency may suggest and prudence justify"**
Federalist No. 33, 5th Paragraph

"acts of . . . (The federal government) which are NOT PURSUANT to its constitutional powers . . .will (not) become the supreme law of the land. **These will be merely acts of usurpation, and will deserve to be treated as such."**
Federalist No. 33, 6th Paragraph

"every act of a delegated authority, contrary to the tenor of the commission under which it is exercised, is void. **No legislative act . . . contrary to the Constitution, can be valid.** To deny this, would be to affirm . . .that men acting by virtue of powers may do not only what their

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

powers do not authorize, but what they forbid."

Federalist No. 78, 10th paragraph

**(Emphasis added above)**

When it is proven, by tacit agreement or otherwise, that Trespassing upon the People's unalienable rights to life, liberty, and the pursuit of happiness from outside the Republic of the United States of America and/or proven tactile or otherwise that a tyrannical takeover of the de jure Republic by agents with an agenda to steal their birthright and to destroy their country—the United States of America—assault the men, women, and children of the Republic and their real and other property—wild and domestic livestock, pollinating insects which affect agriculture/food supply, right to privacy, well-being, liberty, or right to equitable contracts; and/or proven tacitly or otherwise that any Trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, **there may be grounds for a Grand Jury indictment for treason,** to wit:

**United States of America Constitution 1788- Article III, Section III:**

"Treason shall consist only in levying War against them, **or** in **adhering to their Enemies,** giving them Aid and Comfort. No Person shall be convicted of Treason unless on the **Testimony of Two Witnesses** to the same overt Act or on Confession in open Court. The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted."

**Deuteronomy Chapter 17 verse 6**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

"6 At the mouth of **two witnesses,** or three **witnesses,** shall he that is worthy of death be put to death: but at the mouth of one witness he shall not be put to death."

**Deuteronomy Chapter 19 verse 15**

"15 One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of **two witnesses,** or at the mouth of three witnesses, shall the matter be established."

**Matthew Chapter 18 verse 16**

"16 But if he will not hear thee, then take with thee one or two more, that in the mouth of **two** or three **witnesses** every word may be established."

**2 Corinthians Chapter 13 verse 1**

"1 This is the third *time* I am coming to you. In the mouth of **two** or three **witnesses** shall every word be established."

**Hebrews Chapter 10 verse 28**

"28 He that despised Moses Law died without mercy under **two** or three **witnesses."**

[emphasis added on each item above]

**United States of America Constitution, Amendment IV:**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

28

"The **right** of the people to be secure in their **persons, houses, papers,** and

**effects, against unreasonable searches and seizures, shall not be violated,** and

no Warrants shall issue, but upon probable cause, supported by Oath or

affirmation, and particularly describing the place to be searched, and the persons

or things to be seized." [emphasis added]


**Title 18 U.S. Code §2382 <u>Misprision of Treason</u>**

"Whoever, owing allegiance to the United States and **having knowledge of the**

**commission of any treason** against them, conceals and does not, as soon as may

be, disclose and make known the same to the President or to some judge of the

United States, or to the governor or to some judge or justice of a particular State, **is**

**guilty of misprision of treason and shall be fined under this title or**

**imprisoned not more than seven (7) years, or both."** [emphasis added]


**WHEREAS** a person with full knowledge of a potential harm, whether caused

directly by the person or not, and that person is endowed the ability and/or duty to

act upon the said knowledge in a way to avoid or otherwise mitigate the potential

harm and fails to do said actions is liable for the inevitable harm caused and/or

may be found negligent where there is a duty of care; and

**WHEREAS** it is a **fundamental principle of law** that nobody is above the law

including but not limited to all government actors. The government immunity

clause **only** applies to government actors when they are performing their actions of

their office defined by their office **in good faith** and that the **UNITED STATES**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**SUPREME COURT** has made a ruling regarding public officials being held liable for actions done or failure to perform required actions in the case of *MILLBROOK v. UNITED STATES,* **477 FED. APPX. 4,** AMONG OTHERS. This International Commercial Claim/Lien within the Admiralty Private Agreement and Disclosures, Notice of Liability with all attachments comprises a **binding contract** between Respondents/Libellees and the Claimant/Libellant for the purpose of establishing the honorable terms of this Notice of Fee Schedule and the purpose of establishing the honorable terms of this Notice of Fee Schedule and Remedy and eliminating the honorable terms of this Notice of Fee Schedule and Remedy and eliminating faulty assumptions. It is referred to herein as the Contract although it is an inland claim which, when perfected, will constitute a lien against the parties as described hereunder. The terms "you", "your", and "yours" refer to each Respondent named and additional yet to be named respondents in this Contract individually and collectively. This Fee Schedule and Remedy supersedes any and all previous agreements, whether expressed or tacit, between the parties, et al.

**It is agreed upon that these fees shall be added together with standard compensation claims, and in all cases, the standard compensation shall also be due to me or any authorized trustee appointed for any and all breaches of this Contract, violations of domestic and international human rights, the U.C.C. And the Common Law.**

**Joining the Contract**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

You (Respondent) and the Claimant/Libellant agree that the jointer fee for any party not currently or previously named as a responded seeking the privilege of joining this Contract is hereby established at **$100,000**(one hundred thousand) in silver dollar coin convertible at the legal and lawful ration prescribed by law of 24: 1 of Federal Reserve notes to silver dollars per each attempt/event of impairment.

**As with any administrative process,** you may rebut the statements and claims in this Contract by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form, correct and complete, to be received by Claimant(s) by certified mail no later than 5:00 P.M. of the final date to respond given to you. Respondent and the Claimant(s)/Libellant agree that a response which is not verified or a response from a third party agent lacking first-hand knowledge of the facts will constitute your **failure to respond** as defined herein. If you fail to respond or to state a claim by the indicated Effective Date, the Notice of Fee Schedule and Remedy ("Contract") will become **binding** and fully enforceable in the admiralty venue as a maritime lien subject to levy, distraint, distress, certificate of exigency, impound, execution, and all other lawful and/or commercial remedies. The parties herein constitute agreement with all terms, provisions, statements, facts, claims, and fees within this Notice.

**"Qui tacit consent ire videtur."**

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading" *U.S. v. Tweel,* 550 F. 2d 297, 299, (1977) quoting *U.S. v. Prudential,* 424 F.2d

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

1021, 1032, (1970)

"When circumstances impose duty to speak and one deliberately remains silent,

silence is equivalent to false representation"

*Fisher Controls International, Inc. v. Gibbons*, 991 S.W. 2d 135 (1995)

"When a person sustains to another a position of trust and confidence, his failure

to disclose facts that he has a duty to disclose is as much a fraud as an actual

misrepresentation."

*Blanton v. Sherman Compress Co.*, 256 S.W. 2d 884 (1953)

Silence activates estoppel pursuant to *Carmine v. Bowen,* 64 A. 932.


**U.C.C. § 2-201– Formal Requirements; Statues of Frauds**

(1) **Except as otherwise provided in this section, a contract for the sale of
goods for the price of $500 or more is not enforceable by way of action
or defense unless there is some writing sufficient to indicate that a
contract for sale has been made between the parties and signed by the
party against whom enforcement is sought or by his authorized agent
or broker.**

(2) **Between merchants if within a reasonable time a writing in
confirmation of the contract and sufficient against the sender is
received and the party receiving is has reason to know its contents, it
satisfies the requirements of subsection (1) against such party unless
written notice of objection to its contents is given within (10) days after
it is received.**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE
AND REMEDY.**

**This Notice of Liability Regarding Trespass, Fee Schedule, and remedy** constitutes the Claimant's/Libellant's administrative remedy, and if you fail to respond or fail to state a verified superior claim, you hereby agree that the Claimant/Libellant has exhausted his/her administrative remedy and has stated a claim upon which relief can be granted.

**If you fail to state a verified claim** by the Effective Date as described below, you agree that you have failed to and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore, Respondents can never seek judicial intervention regarding this Contract now or at any time in the future. Respondents forever waive all immunity now and in the future. **This contract is giving due notice of suit in admiralty claims pursuant to Public Law 94 §583, 90 Statutes at Large §2892, and 28 U.S.C. 1605 and 1607 in regards to loss of immunity.**

The term "failure to respond" means your failure by the Effective Date to respond to this Contract or insufficiency of response as defined herein. You agree that your failure to respond conveys your agreement with all of the terms and provisions of this Contract. By failing to respond, the Respondents accept full liability for any and all harm or loss caused for which remedy may be sought according to tooth law, criminal law, strict liability, negligence, and hazardous activities.

This fee schedule is effective from the date of being placed onto the Public Record and will initiate upon any failure to comply with any and all directives given to the Respondents / agents / third parties, or in the event of any unlawful assault, death, killing, trespass, damages, perjury, libel, injury, loss or harm, or any other unlawful presentment of a True Bill, you agree that a right of lien exists against you subject to a levy of real property, distraint, distress, certificate of exigency, impound, execution, and all other lawful and commercial remedies.

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. This Contract is legally and lawfully binding and is non-negotiable. This Contract is activated and**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**subscribed to automatically by the Respondent(s) named in due course by all names of Respondents, agents, employees, individuals, third parties, and/or representatives thereof.**

The Respondents are entitled to a Notice of Default. In consideration, Responded agrees to accept a Notice of Default as a Binding Administrative Judgment ("Judgment") certifying Respondent's agreement with all terms, statements, facts, provisions, claims and fees within this Notice of Fee Schedule and Remedy. Since Judgment is issued when a party waives the right to respond, **all parties to this Agreement agree to be bound in perpetuity by any and all such Judgments which may be issued regarding this Notice. The Respondent cannot directly or indirectly seek recoupment of losses incurred due to any terms of this Notice.**

**All Rights Reserved Without Recourse. The Beneficiary reserves the right to alter this fee schedule at any time at the discretion of either party of the Sovereign Beneficiary, Master THEODORA: ANTAR©, A.K.A. THEODORA ANTAR©, and any and all derivatives thereof.**

Please be advised that these are my fees only and that further compensation from your insurance bonding as well as liens on your personal assets will also be required should you continue to harass or to intimidate Me or my family. Failure to confirm ALL correspondence by wet ink signature and in writing only will be construed as your non-response and dishonor. All correspondence must be labeled with full names, titles, and the name and address of your office.

Failure to correctly identify and sign every document in wet ink that is sent by you will be used as evidence that you are not who you say you are, that you are attempting to deceive the Sovereign Beneficiary, and that you are attempting to impersonate a Public Official contrary to law.

This is an Affidavit of Notice of Liability Regarding a Trespass Fee Schedule and Remedy for

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

Protection from Federal/State/County/City/Municipal/Corporation Employees, individuals and agents. I, THEODORA ANTAR©, holder of the office of the People in the state known as CONNECTICUT or in any other state, am hereby, as a gesture of peace, giving proper notice to the STATE OF **CONNECTICUT** or to any state/corporation, to the UNITED STATES CORPORATION, and to all **municipal, county, and city corporations and other STATE Corporations** of the following:

As a peaceful natural person desiring to avoid conflict and to live lawfully with all of my freedoms, I am providing you with this **Fee Schedule and Remedy for Protection from Federal/State/County/City/Municipal/Corporation Employees, agents, and individuals** as a courtesy to you and as a remedy should you decide to trespass upon Me or my Family. Failure to know or to obey any and all of your thousands of corporate regulations does not constitute a crime absent a victim, damaged property, or fraud (A.K.A. *corpus delecti*).

If you should face a jury, you should know that the jury has sworn duty to judge the law and the facts, and the jury can provide just remedy for the People. In every criminal prosecution, it is necessary to establish the "**corpus delecti**" (i.e., the body or elements of the crime).

> "The corpus delecti consists of two elements- namely, (1) the injury or loss of harm; and (2) a criminal agency causing them to exist." (*People v. Frey,* 165 Cal. 140, 146 [131 P. 127]. *People v. Lopez*, etc.)

Please note that this self-defense Notice of Fee Schedule and Remedy for Personal Protection from Federal/State/County/City/Municipal/Corporation Employees is just and modest and well below the precedent set by *Trezevant v. City of Tampa* wherein the damages established were $25,000 for 23 minutes of unlawful arrest. This particular remedy calculates to more than $1.8

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

million per day. The above is my Fee Schedule for all trespasses to be considered by a lawful jury of the People. Lawyer fees and other fees (including applicable late fees) are not included in this Fee Schedule.

The United States Supreme Court has stated the following in

***U.S. c. Cruikshank*** (92 U.S. 542 at 551):

"between the People of the United States, any resident within any state, or any other national that there need be no conflict between any of them. The powers which one possess, the other does not. They are established for different purposes and have separate jurisdictions. Together, they make one whole and furnish the People of the United States with a complete government, ample for protection of all of their rights at home and abroad. It may sometimes happen that a 'person' is amenable to both jurisdictions for the same act. It is the natural consequence of a citizen which owes allegiance to two sovereignties and claims protection from both."

The citizen cannot complain because he/she has voluntarily submitted themselves to such a form of government. The opinion in this case is 100% correct as long as one is referring to the People of the United States.

**Neither I nor anyone from my family is of the UNITED STATES. We are of God, the Almighty Creator.**

**Let it be clear that a People is not a person, and a person is not a People. True sovereignty is within the People who have all private rights, but citizens, on the other hand, are subjects (by their own voluntary choice) of the state government and of local and federal government corporations in exchange for privileges and civil rights.**

**Let it be clear that I am not a person/citizen/employee/subject of any corporation**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

36

**which cannot, under color of law, act as a lawful government. let it be clear that we have only one Sovereignty, and that Sovereignty is God.**

**Guarantee and Waiver of Benefits**

Guarantees for this Notice of Fee Schedule and Remedy are the 1611 King James Bible, the Coronation of Elizabeth Alexandra Mary: Windsor, the united States of America Constitution, the Bill of Rights, Constitutional Oaths of Office, the Common Law, Merchant Law, the Uniform Commercial Code, and case law.

I do not claim any benefit of said Guarantees and are included solely as a reference to the law and conduct of named and unnamed Respondents. Bible references are from the King James Bible and are used due to the oaths being sworn upon it. The use of Bible references in this Notice of Fee Schedule and Remedy are for jurisdictional purposes, and no adherence or non-adherence to any organized religious group including but not limited to registered corporate organizations on the part of the Affiants may be assumed.

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

**It is written, "If they refuse to take the cup at thine hand to drink, then shalt thou say unto them, Thus saith the Lord of hosts, Ye shall certainly drink." –Jeremiah 25:28**

**"Thy kingdom come, Thy will be done in earth, as it is in Heaven."**

**-Matthew 6:10**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

## LAW OF NATURE

The Law of Nature is that which God, the Sovereign of the world, has prescribed to man not by any formal promulgation but by the internal dictate of reason alone. It is discovered by a just consideration of the agreeableness of human auctions to the nature of Man, and it comprehends all the duties which we owe either to the supreme being, to ourselves, or to our neighbors as reverence to God, self-defense, temperance, honor to our parents, benevolence to all strict adherence to our engagements, gratitude and the like. In the Constitution for the united States of America, we find the 11th article, Amendment 9: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the People." Affected parties and people wishing to dispute the claims and truths made herein or to make their own claims upon Me must respond within **twenty-one (21) days** after service of this Notice of the action and request a Common Law court to empanel a Common Law Jury of twenty-five (25) indigenous free men to hear their case against Me. All responses must be signed and witnessed no later than **twenty-one (21) days** from the date of original service as attested to by way of certificate of service.

Failure to notify me and/or failure to register a dispute against this Lawful Notice made herein will always result in an automatic default judgment and permanent, irrevocable estoppel by acquiescence, barring the bringing of charges under any irrevocable estoppel by acquiescence, barring the bringing of charges under any statute/regulation/act/code or legal action against Me, my family, or another People. Failure to honor this lawful Notice will make each of the People acting as federal/state/county/city/municipal/corporation

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

employees liable or the sum of $50,000 in silver coin or its equivalent in Federal Reserve Notes plus my fee schedule, and such sum will be required to be paid to THEODORA:ANTAR upon your receipt of the Invoice and by its assigned due date. I, the undersigned affiant and attorney in fact for THEODORA ANTAR©, authorize this affidavit using my autograph as her own on this instrument.

It is against the law for a Judge to summarily remove, to dismiss, to dissolve, or to diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

**Trespass Upon Private Contract**

Any collateral attack on this Contract is in bad faith and is a criminal trespass payable as prescribed in the above-stated Notice of Fee Schedule.

**All payments are to be made in Lawful Money**

**pursuant to Title 12 USC §411.**

Further affiant sayeth not!

**All Rights Reserved, None Waived**

**Without Prejudice**

Respectfully submitted.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

I, **THEODORA:ANTAR©**, herein affirm and declare under my unlimited commercial liability that I am competent and of Lawful age to state the matters set forth herein, that they are true, correct, complete, not intended to be misleading, that they are admissible as evidence, and in accordance with my best first-hand knowledge, understanding, and belief.

Dated this 13th day of February in the year 2024.

_____

**Honorable THEODORA:ANTAR©**

**Affiant,** Executor, Sole shareholder,

Director, Attorney in Fact,

Sole Beneficiary,

Authorized Representative, *sui juris*

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

## WITNESSES

_____

_____

**Witness #1**

**Name** ___Anna Cambridge_____

**Witness #2**

**Name** ___Lindsay Fitzgerald_____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ACKNOWLEDGMENT OF NOTARY

State of Florida _____     **}**

County of Pinellas, ss. _____     **} ss.**

**On the 13th day of FEBRUARY, 2024, before me,** ___Greg Lirette_____**, a**

**Notary,**

**Name of Notary Public**

**Personally appeared THEODORA:ANTAR© known to me (or proved to me on the**

**basis of satisfactory evidence of identification to be the living, natural, whose name is**

**subscribed upon these instrument(s) and acknowledged to me that they executed the**

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

same in their authorized capacity; and by their signatures on this instrument,

THEODORA:ANTAR© has acted on behalf of the persons who executed this

instrument.   State of Florida  County of Pinellas, ss.

_____(seal) NOTARY SIGNATURE
Greg Lirette

**My Commission Expires:** 8/21/2026 _____



Greg Lirette

The foregoing instrument was acknowledged before me on 2/13/2024 by Theodora Antar who presented a valid passport issued by United States of America. Witnessed by Anna Cambridge and Lindsay Fitzgerald. Notarized online by means of audio-video communication technology.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

**CERTIFICATION OF SERVICE**

I hereby certify that on February 13, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

**AFFIDAVIT; NOTICE OF LIABILITY REGARDING TRESPASS, FEE SCHEDULE AND REMEDY.**

## ALL-PURPOSE ACKNOWLEDGMENT

Notarized online by means of audio-video communication technology.

State of Florida

County of Pinellas

On 2/13/2024 before me, Greg Lirette
DATE                                              NAME OF NOTARY PUBLIC

personally appeared Theodora Antar ,
NAME(S) OF SIGNER(S)

☐ personally known to me **OR** ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), an that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

The foregoing instrument was acknowledged before me by Theodora Antar who presented a valid passport issued by United States of America. Witnessed by Anna Cambridge and Lindsay Fitzgerald.

**Greg Lirette**
Notary Public-State of Florida
Commission: HH 302876
Expires on August 21, 2026
NotaryGeek.net
Online Notary

Place Notary Seal or Stamp Here

WITNESS my hand and official seal.

Greg Lirette

Greg Lirette
_____
SIGNATURE OF NOTARY

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

## DESCRIPTION OF ATTACHED DOCUMENT

**THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT**

affidavit
_____
TITLE OR TYPE OF DOCUMENT

45 total including next page which is not used
_____
NUMBER OF PAGES

02/13/2024
_____
DATE OF DOCUMENT

Witnessed by Lindsay Fitzgerald and Anna Cambridge
_____
SIGNER(S) OTHER THAN NAMED ABOVE