**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THEODORA F. ANTAR<br>*Plaintiff*<br>v.<br>GROSSMAN, ET AL.<br>*Defendants* | ) | Civil Action No. **3:23-cv-01337-MPS**<br><br>February 29th, 2024 |

# MOTION FOR DEFAULT JUDGMENT AGAINST OFFICER KURT CORREIA OF THE ORANGE POLICE DEPARTMENT

Plaintiff, Theodora F. Antar, hereby moves this Court for the entry of a Default Judgment against

**OFFICER KURT CORREIA OF THE ORANGE POLICE DEPARTMENT**

pursuant to Federal Rule of Civil Procedure 55(b), and in support thereof, states as follows:

**Introduction**

This action was initiated on January 12th, 2024, with the filing of the Plaintiff's Second Amended Complaint, alleging fraud and civil conspiracy.

Despite proper service of the summons and complaint, Defendant **OFFICER KURT CORREIA OF THE ORANGE POLICE DEPARTMENT** has failed to answer or otherwise defend against the allegations within the time frame prescribed by Federal Rule of Civil Procedure 12(a).

**Service of Process**

Defendant was served with the Summons and Second Amended Complaint on January 26th, 2024, in their personal and official capacities at the Orange Police Department. Proof of service was filed with this Court on 2/11/24.

**Default**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff requests the Clerk of the Court to enter default against Defendant, due to Defendant's failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

**Grounds for Default Judgment**

Defendant's failure to respond to the complaint within the time permitted by law supports the request for the entry of default. Plaintiff is now entitled to seek a default judgment against Defendant for failing to answer or otherwise respond to the allegations contained within the Plaintiff's Second Amended Complaint.

**Relief Sought**

Plaintiff respectfully requests that this Court enter a default judgment against Defendant **OFFICER KURT CORREIA OF THE ORANGE POLICE DEPARTMENT** and award damages in the amount to be determined at trial, court fees, legal fees, all costs, attorney's fees, and any other relief this Court deems just and proper.

**MOTION FOR DEFAULT JUDGMENT AGAINST OFFICER KURT CORREIA OF THE ORANGE POLICE DEPARTMENT**

**WHEREFORE**, Plaintiff Theodora F. Antar respectfully requests that this Court grant this Motion for Default Judgment and award the relief requested herein.

Respectfully submitted,

The plaintiff

Theodora F Antar /s/

PO Box 3554, Milford, CT, 06460

(203)273-8419

theodoraantar@gmail.com

**CERTIFICATION OF SERVICE**

The plaintiff certifies that a copy of the foregoing notice was sent to all parties and counsel of record on 2/29/24

Respectfully submitted,

The plaintiff

Theodora F Antar /s/

______________________________

PO Box 3554, Milford, CT, 06460

(203)273-8419

theodoraantar@gmail.com