**New Britain Police Department**
**10 Chestnut Street**
**860-826-3000**

# Incident Report
**IR23-006861**
**23-006861**



| | | | | | |
|---|---|---|---|---|---|
| Report Type: | **No Crime** | Date/Time Reported: | **03/11/2023 06:47** | Location: | **23 LYMAN ST APT:2, New Britain, CT, 06053 United States** |
| Incident Occurred from | **03/11/2023 06:47** to **03/11/2023 06:47** | Date of this Report: | **03/11/2023 09:27** | | |
| Officer Assigned: | **HALL, BRANDON, L** | Division: | **New Britain Police** | Related Case: | |
| Incident Classification: | **Other** | Clearance Code: | | Clearance Date: | |

## Person

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Person 1: | ANTAR, THEODORA, F | | Interviewed , Complainant | | | | |
| Address: | **856 SHAGBARK DR, ORANGE, CT, 06477** | DOB: | **9/7/1991** | Sex: | **F** | | |
| Home Phone: | | Cell Phone: | **203-273-8419** | Office Phone: | | Email: | |
| Person 2: | LODICE, MATTHEW, JOHN | | Parent , Interviewed | | | | |
| Address: | **23 LYMAN ST FLR:2, New Britain, CT, 06053 United States** | DOB: | **5/11/1983** | Sex: | **M** | | |
| Home Phone: | **860-518-2388** | Cell Phone: | **203-919-9528** | Office Phone: | | Email: | |
| Person 3: | LODICE, ANGELINA | | Juvenile - Other | | | | |
| Address: | **856 SHAGBARK DR, ORANGE, CT, 06477** | DOB: | **5/21/2019** | Sex: | **M** | | |
| Home Phone: | | Cell Phone: | | Office Phone: | | Email: | |

## Narrative

Incident: On Saturday, March 11, 2023, the undersigned responded to 23 Lyman Street, in reference to a complainant advising they wanted a welfare check on their daughter.

The undersigned responded to the above location and was unable to make contact with anyone at the residence. I was able to make contact with

| Reporting Officer: | HALL, BRANDON, L | Review/Approved By: | STAFFORD, ROBERT, JR | Date Approved: | 3/12/2023 |
|---|---|---|---|---|---|

Reporting officer sworn signature ________________________________ Date ____________

Subscribed and sworn before me this________ Day of________________20___ Supervisor/Notary Signature ________________________________

Matthew Lodice (DOB 5/11/83) via telephone. Matthew stated to me that everything was fine and his daughter, Angelina Lodice (DOB 5/21/19) was ok and in good health.

Matthew declined to speak with me in person and simply stated he is tired of having the police called on him when he has done nothing wrong. Matthew has had some facet of law enforcement called on him approximately forty-three times in reference to the complainant Theodora Antar (DOB 9/07/91) making allegations against him.

The undersigned called the complainant who became upset when I advised her that I did not see her daughter in person. The complainant explained to me that New Britain Police Department is negligent and eventually hung up on me. Antar would not let me speak and continued to attempt to talk over me. Antar filed a complaint against Matthew on 3/10/23 which was documentated under NBPD (23-006813).

Hours later, I received a call from Antar's "friend" Peter Jones who explained his frustrations with New Britain Police Department and advised me that Matthew is not home and Angelina is being looked after by a [redacted] year old [redacted]

It should noted that Antar and her friend both claimed that Matthew was not home because they have "friends" who live in the area that did not see Matthew's vehicle at the residence. When the undersigned went to the location, Matthew's vehicle was in the rear driveway.

As of this writing there is no exigency to make Matthew speak with police in person. Axon body camera activated during these phone call(s). [redacted]. No wants/warrants [redacted] Nothing further.

[redacted]

| Reporting Officer: | HALL, BRANDON, L | Review/Approved By: | STAFFORD, ROBERT, JR | Date Approved: | 3/12/2023 |
|---|---|---|---|---|---|

Reporting officer sworn signature ______________________________ Date __________

Subscribed and sworn before me this________ Day of________________20___ Supervisor/Notary Signature ______________________________

[redacted] Britain Police
Number: IR23-006861



[redacted]

| Reporting Officer: | HALL, BRANDON, L | Review/Approved By: | STAFFORD, ROBERT, JR | Date Approved: | 3/12/2023 |
|---|---|---|---|---|---|

Reporting officer sworn signature ________________________________________________ Date ______________

Subscribed and sworn before me this_________ Day of__________________20___ Supervisor/Notary Signature ________________________________________

**New Britain Police**
**Number: IR23-006861**



## Related Entities

| Related | Entities |
|---|---|
| **CAD Record** | **23-006861 Check the Welfare-Attempt to Locate** |

| Reporting Officer: | HALL, BRANDON, L | Review/Approved By: | STAFFORD, ROBERT, JR | Date Approved: | 3/12/2023 |
|---|---|---|---|---|---|

Reporting officer sworn signature ______________________________ Date ____________

Subscribed and sworn before me this________ Day of________________20___ Supervisor/Notary Signature ______________________________