Gmail

**Theodora Antar <theodoraantar@gmail.com>**

---

# State v. Theodara Antar scheduling

8 messages

---

**Kochiss, Robert** <Robert.Kochiss@jud.ct.gov> Mon, Mar 4, 2024 at 11:32 PM
To: Theodora Antar <theodoraantar@gmail.com>, Michael Hillis cell <mhillis@dkh-law.com>
Cc: "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>

Good afternoon,

Judge Russo is available to hear the disqualifications of himself and Judge Grogins on either 3/11 or 3/12 at 2:00 pm, in person at the Milford Superior Court. Let me know which date works better for you.

The court did not log back on this afternoon to hear the motions to vacate the PO because the disqualifications were not ruled on today, and those must be ruled on first before your other motions.

Thank you,

Rob

---

**Theodora Antar** <theodoraantar@gmail.com> Mon, Mar 4, 2024 at 11:38 PM
To: "Kochiss, Robert" <Robert.Kochiss@jud.ct.gov>, ADA Program <ADAProgram@jud.ct.gov>, internal.affairs@jud.ct.gov, external.affairs@jud.ct.gov, "Tetreault, Brian" <brian.tetreault@ct.gov>, "LugoGines, Sandra" <Sandra.LugoGines@jud.ct.gov>, "Banda, Agness" <bandaa@mail.etsu.edu>, bandy@bandylee.com, emartinette@icloud.com, Stacey Pynn <safetypynn@gmail.com>, Margaret Sullivan <margcs1810@gmail.com>
Cc: Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>

I was granted an ADA accommodation that states that all hearings are to be held remotely moving forward. Judge Russo and Judge Grogins have no jurisdiction over this case as both are being sued in federal district court and have appearances on file through their counsel. My emergency ex-parte motion, in addition to 30+ other motions were set for today and you intentionally included a judge who has no jurisdiction in an effort to obstruct justice and deny my rights again. I am not available for any in person hearings at all and by you forcing me to do that you are violating my rights under the ADA.

Neither of those days work, I will not be coming to any hearings in person whatsoever, and the court couldn't even have enough decency to go back on the record after having me sit there waiting for 4+ hours. This is retaliation of the state against me and I am not going to continue to have my rights violated.

Please inform me of the date that my trial is scheduled for. I want a full dismissal of all charges or an immediate trial to be scheduled.
[Quoted text hidden]

---

**Kochiss, Robert** <Robert.Kochiss@jud.ct.gov> Tue, Mar 5, 2024 at 7:33 PM
To: Theodora Antar <theodoraantar@gmail.com>
Cc: Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>

Good afternoon,

Judge Russo informed me that he has granted your motion to stay all Milford proceedings until the federal matters are resolved. The Clerk's Office will contact you regarding future court appearances at a later time.

Thank you,

Rob

---

**From:** Theodora Antar <theodoraantar@gmail.com>
**Sent:** Monday, March 4, 2024 4:39 PM
**To:** Kochiss, Robert <Robert.Kochiss@jud.ct.gov>; ADA Program <ADAProgram@jud.ct.gov>; internal.affairs@jud.ct.gov; External Affairs <External.Affairs@jud.ct.gov>; Tetreault, Brian <brian.tetreault@ct.gov>; LugoGines, Sandra <Sandra.LugoGines@jud.ct.gov>; Banda, Agness <bandaa@mail.etsu.edu>; bandy@bandylee.com; emartinette@icloud.com; Stacey Pynn <safetypynn@gmail.com>; Margaret Sullivan <margcs1810@gmail.com>
**Cc:** Michael Hillis cell <mhillis@dkh-law.com>; Kalthoff, Matthew (Matthew.Kalthoff@ct.gov) <Matthew.Kalthoff@ct.gov>
**Subject:** Re: State v. Theodara Antar scheduling

You don't often get email from theodoraantar@gmail.com. Learn why this is important

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 5, 2024 at 8:07 PM
To: "Kochiss, Robert" <Robert.Kochiss@jud.ct.gov>
Cc: Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>

First of all, I never filed a motion asking that all proceedings in Milford be stayed.

Second of all, does this mean that the protective order is also no longer in effect?

Logically if a case is stayed all the orders are rendered unenforceable. Please confirm as I was supposed to get clarification on my motion for clarification of court order yesterday, and was denied that.

Third,

Why is this coming from you, you have no authority whatsoever. I need something in writing from the court from the judge. Or from a clerk who's actually sworn under oath.

You also failed to respond to my questions in the email from yesterday.

Sincerely,

Theodora Antar
(203)273-8419

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 5, 2024 at 8:12 PM
To: Brian Tetreault <brian.tetreault@ct.gov>

Good afternoon,

Your clients are continually abusing my rights and this needs to stop immediately. I plan to file for injunction in federal case since they seem to think they can continue to violate federal law.

Sincerely,

Theodora Antar
(203)273-8419

Begin forwarded message:

> **From:** Theodora Antar <theodoraantar@gmail.com>
> **Date:** March 5, 2024 at 1:07:38 PM EST
> **To:** "Kochiss, Robert" <Robert.Kochiss@jud.ct.gov>
> **Cc:** Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>
> **Subject: Re: State v. Theodara Antar scheduling**
>
> First of all, I never filed a motion asking that all proceedings in Milford be stayed.
> [Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 5, 2024 at 8:16 PM
To: Agness Banda <bandaa@mail.etsu.edu>

Sincerely,

Theodora Antar
(203)273-8419

Begin forwarded message:

> **From:** Theodora Antar <theodoraantar@gmail.com>
> **Date:** March 5, 2024 at 1:07:38 PM EST
> **To:** "Kochiss, Robert" <Robert.Kochiss@jud.ct.gov>
> **Cc:** Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>
> **Subject: Re: State v. Theodara Antar scheduling**
>
> First of all, I never filed a motion asking that all proceedings in Milford be stayed.
> [Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Wed, Mar 6, 2024 at 5:18 PM
To: "Kochiss, Robert" <Robert.Kochiss@jud.ct.gov>, State Attorney Office <DCJ.MilfordGA.Reports@ct.gov>, GA22.MILFORD@jud.ct.gov, conndcj@ct.gov, ConnDCJ <Conn.DCJ@ct.gov>
Cc: Michael Hillis cell <mhillis@dkh-law.com>, "Kalthoff, Matthew (Matthew.Kalthoff@ct.gov)" <Matthew.Kalthoff@ct.gov>

see attached just filed

[Quoted text hidden]

---

**criminal case stay .pdf**
79K

---

**Kochiss, Robert** <Robert.Kochiss@jud.ct.gov> Wed, Mar 6, 2024 at 9:12 PM
To: Theodora Antar <theodoraantar@gmail.com>

See attached,

---

**From:** Theodora Antar <theodoraantar@gmail.com>
**Sent:** Wednesday, March 6, 2024 10:18 AM
**To:** Kochiss, Robert <Robert.Kochiss@jud.ct.gov>; State Attorney Office <DCJ.MilfordGA.Reports@ct.gov>; GA22 Milford Incoming Matters Shared Mailbox <GA22.Milford@jud.ct.gov>; conndcj@ct.gov; ConnDCJ <Conn.DCJ@ct.gov>
**Cc:** Michael Hillis cell <mhillis@dkh-law.com>; Kalthoff, Matthew (Matthew.Kalthoff@ct.gov) <Matthew.Kalthoff@ct.gov>
**Subject:** Re: State v. Theodara Antar scheduling

You don't often get email from theodoraantar@gmail.com. Learn why this is important

see attached just filed

[Quoted text hidden]

---

**2127_001.pdf**
136K