Gmail **Theodora Antar <theodoraantar@gmail.com>**

# (no subject)

3 messages

**Theodora Antar** <theodoraantar@gmail.com> Wed, Mar 8, 2023 at 4:53 PM
To: Lisa R Steeves <Lisa.Steeves@newbritainct.gov>, jared.barsaleau@newbritainct.gov, larae.plummer@ct.gov

See attached. Child made another video disclosure today. Still have yet to hear back from anyone from new britain pd or from dcf. Just wondering if anyone plans on doing anything about this or are we going to keep playing the narrative that there is “no abuse” going on?

Would appreciate if anyone would have the decency to get back to me today.

Sincerely,

Theodora Antar
(203)273-8419

**PLUMMER, LARAE** <LARAE.PLUMMER@ct.gov> Wed, Mar 8, 2023 at 5:02 PM
To: Theodora Antar <theodoraantar@gmail.com>, Lisa R Steeves <Lisa.Steeves@newbritainct.gov>, "jared.barsaleau@newbritainct.gov" <jared.barsaleau@newbritainct.gov>

You spoke with the director yesterday and you and I had text correspondence yesterday. As well as I am responding to all of you correspondence with DCF today as I am notifying you that we had a meeting regarding your concerns. So there has been responses both yesterday and now today of which I sent the email approximately 10 minutes ago. I am not available this week to meet but I can definitely meet next week. Please let me know your availability if you would like to meet about DCF findings.

-----Original Message-----
From: Theodora Antar <theodoraantar@gmail.com>
Sent: Wednesday, March 8, 2023 9:54 AM
To: Lisa R Steeves <Lisa.Steeves@newbritainct.gov>; jared.barsaleau@newbritainct.gov; PLUMMER, LARAE <LARAE.PLUMMER@ct.gov>
Subject:

[You don't often get email from theodoraantar@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.
[Quoted text hidden]

**Theodora Antar** <theodoraantar@gmail.com> Wed, Mar 8, 2023 at 5:07 PM
To: "PLUMMER, LARAE" <LARAE.PLUMMER@ct.gov>
Cc: Lisa R Steeves <Lisa.Steeves@newbritainct.gov>, jared.barsaleau@newbritainct.gov

I spoke with her yesterday, and she said she would get back to me and never did. I sent you guys multiple new video disclosures since Friday. I sent you ones as early as today. Did you receive those? The only responses I received from you were both of this morning. You didn’t respond to me at all until this morning. I also received no responses at all from anyone at the police department. I would like to meet with the police and the states attorney ASAP. I was told that that meeting would happen this week. Not sure what the point of meeting with Dcf would be and not sure why you can’t just tell me what the Findings are. The amount of time and money I have lost spending dealing with this every day is becoming too much of a burden and I can’t keep taking every single minute of my day to focus on this. I would appreciate if you would just email me with the findings that you said you have.

Sincerely,

Theodora Antar
(203)273-8419

> On Mar 8, 2023, at 10:02 AM, PLUMMER, LARAE <LARAE.PLUMMER@ct.gov> wrote:
>
> You spoke with the director yesterday and you and I had text correspondence yesterday. As well as I am responding to all of you correspondence with DCF today as I am notifying you that we had a meeting regarding your concerns. So there has been responses both yesterday and now today of which I sent the email approximately 10 minutes ago. I am not available this week to meet but I can definitely meet next week. Please let me know your availability if you would like to meet about DCF findings.

[Quoted text hidden]