Gmail Theodora Antar <theodoraantar@gmail.com>

# Our child

10 messages

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 10:46 AM
To: Matthew Work <matthewlodice@gmail.com>

Matt,

You keep saying you love me, sending me flowers, emails, pics etc. i need time to process this. However, for now all i ask is you pay child support and that you commit to a schedule for her. Can we discuss, if we are doing fri-monday, the place, time, etc details of this so we know what the plan is? It is doing our child a great disservice by not communicating about this

Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419

**Matthew Lodice** <matthewlodice@gmail.com> Tue, Mar 16, 2021 at 10:57 AM
To: Theodora Antar <Theodoraantar@gmail.com>

Theo, you don't need to process that at all. You are just saying what you think I want to hear to get what you want from me. You are continuing your relationship with him and want to keep me on the back burner in case it doesn't work out. I'm sorry it doesn't work that way. You either want to give us a try or you don't. You are choosing not to. I gave you ample time to try. You are just trying to use my feelings to get what you want. I've accepted that it's not what you want and will move on. Just know that once I move on there will be no chance of us ever getting back together and you will just be Angelina's mom and my ex. Nothing more. I will not do anything to help you ever other than what Angelina needs. This is you last chance to be with me.. you kicked and screamed about wanting to be together and how important it is to you to have our family together. I am willing to do whatever it takes to get there at this point. I'm willing to go all in, like we talked about. No lies, no cheating, no passwords, we can follow each other and share location. I want to take care of you the girls and the house. But I need commitment from you, not a maybe. A maybe it's just a way for you to leave me on. Let me come back this week and be with you we don't even need to have sex right away. I will wait to have sex with you until you realize that I am for real. Let me come home and be with you and show you. Otherwise please stop bringing it up. I don't feel like being used or manipulated. This is the last chance I'm willing to give you. I've left and came back so many times and gave you countless chances. I realize a lot of that was me not giving you the love that you needed. This time I will give you everything that you want. But I need a yes from you, not a maybe. If it is not a yes then it is a no. If it is a no then we are completely are separate ways and I will treat it as such. You leave me no other option, the ball is in your court

[Quoted text hidden]

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 11:33 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Your actions say otherwise...

Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419

[Quoted text hidden]

**Matthew Lodice** <matthewlodice@gmail.com> Tue, Mar 16, 2021 at 11:34 AM
To: Theodora Antar <Theodoraantar@gmail.com>

I can't show you if you don't let me back.. let me back and let me show you
[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com> Tue, Mar 16, 2021 at 11:37 AM
To: Theodora Antar <Theodoraantar@gmail.com>

What do you want, honestly? And don't beat around the bush with the answer because you're afraid I'm going to show it to him. I don't really care about any of that. I want to know what you want in your heart. Do you want us to be together? Or are you completely okay with living separate lives. He's actually answer this and tell me what it is that you want. You're saying it's a lot the process what does your heart tell you
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 11:38 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Why, so you can have your "friends" testify against me and say im an unfit mother when I have done everything for your kid since day one? With or without your help? You're nothing but a snake. You cant even be a good dad and work on coparenting. Nor do you pay child support.
Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com> Tue, Mar 16, 2021 at 11:40 AM
To: Theodora Antar <Theodoraantar@gmail.com>

Stop saying that Theo I'm talking about you and me. I have been paying child support all along. I just didn't send this week's yet because I was stuck here at the house with Angelina and couldn't get the money. You were supposed to pick her up this morning. And you still avoided the whole question. Answer honestly what is it that you want with us. Would you like to see us together or would you like to see us stay apart it's a simple answer. Why don't you really answer the question
[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 11:43 AM
To: Matthew Lodice <matthewlodice@gmail.com>

See that is your problem right there. We never agreed upon a meeting place or time for me to get Angelina today. If we did, you would have had that in an email communication. We never discussed that. This is why i want to confirm the details of how we will be exchanging Angelina for the time being and moving forward. Whether we ever get back together is irrelevant. The issue of Angelina comes first. So again, what days will you be taking her and I would like to keep this as specific and concise as possible, to avoid any confusion. Please answer these questions and number them so I know the answer to each:

1. Exact time of pick up Friday
2. Exact location of pick up Friday
3. Specific dates this is in effect for
4. Exact time of pick up on Monday
5. Exact location of pick up on Monday
6. How to handle missed weekends i.e will they be made up with extra time
7. Right of first refusal
8. How child support/child care will be paid.

How are we handling this?

Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419

[Quoted text hidden]

---

**Matthew Lodice** <matthewlodice@gmail.com> Tue, Mar 16, 2021 at 11:46 AM
To: Theodora Antar <Theodoraantar@gmail.com>

This thread was about a specifically not Angelina the other thread was about Angelina. I already explained to you what is happening. child support will continue to be paid as it has been the past couple weeks. I am completely current other than this week so stop pretending it's something other than that. We can meet whenever you are available today and preferably off that same exit at that gas station we met last time seems to be the best place. I'm assuming you're at work and won't be able to meet till after 5:00. I was unable to work today since I was with Angelina and refused to get her this morning as we did agree on even though you want to deny it. And it is important if we are getting back together or not. This is the future of our family, of us and our daughter. What we decide with each other will impact all of our lives. I'm done asking you to be with me. I assume because you are refusing to answer the question that the answer is just no. Like I said before I will move on and move forward with everything I plan on. Just let me know when you are taking her today or if you are at all I have nothing else to discuss at this point

[Quoted text hidden]

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 11:49 AM
To: Matthew Lodice <matthewlodice@gmail.com>

We never agreed on that. Show me where in the email communication that was agreed upon. All communication has been via email for this reason. It's funny how you basically say either i be with you or we cant coparent and work together to communicate about our child. When you are ready to discuss via email our arrangements for Angelina moving forward for the next 4-6 months, let me know. And you have not been paying child support. I was unable to go to work today due to inability to put gas in my car. I asked you yesterday and you said child support will be paid today. Please send it so I can have gas to meet you and to go grocery shopping.

Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419

[Quoted text hidden]

Gmail

Theodora Antar <theodoraantar@gmail.com>

---

# youre refusal to stick to a schedule for our daughter

1 message

---

**Theodora Antar** <theodoraantar@gmail.com> Tue, Mar 16, 2021 at 11:41 AM
To: Matthew Lodice <matthewlodice@gmail.com>

Good morning,

The last time you told me to pick her up from you, you refused to take her back. You waited 12 days before taking her back or trying to. You are now saying you want to take her friday's to mondays. Is that correct? If so, please answer the following questions so that I am clear and so I know what we are agreeing to. Thanks.

I would like to keep this as specific and concise as possible, to avoid any confusion. Please answer these questions and number them so I know the answer to each:

1. Exact time of pick up Friday
2. Exact location of pick up Friday
3. Specific dates this is in effect for
4. Exact time of pick up on Monday
5. Exact location of pick up on Monday
6. How to handle missed weekends i.e will they be made up with extra time
7. Right of first refusal
8. How child support/child care will be paid.

Sincerely,

Theodora Antar
Sales Manager
Casanova Publishing Inc.
Theodoraantar@gmail.com
(203)273-8419