
10:21
5G
supermatt_ 2h
Send message