UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THEODORA F. ANTAR | : CIVIL ACTION NO.: 3:23-cv-01337-MPS |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : MARCH 26, 2024 |
| JANE KUPSON GROSSMAN, ET AL | : |
| | : |
| | : |
| Defendants | : |

## MOTION FOR SECURITY FOR COSTS

In accordance with Local Rule 83.3(a), defendants, Trinity Health Of New England Corporation, Inc., Saint Mary's Hospital, Inc., Trinity Health Of New England Emergency Medical Services, Inc., Carmelina Calabrese, Maureen Cooney and Stephanie Doe, move for an order that the Plaintiff give a cash deposit or bond with sufficient surety in the sum of Five Hundred Dollars ($500.00) within thirty days of such an order.

Respectfully submitted,

**DEFENDANTS:**
**Trinity Health of New England Corporation, Inc., Saint Mary's Hospital, Inc. and Trinity Health Of New England Emergency Medical Services, Inc., Carmelina Calabrese, Maureen Cooney and Stephanie Doe**

By:   /s/ Eric J. Stockman
       Eric J. Stockman, (ct14981)
       Stockman O'Connor PLLC
       One Enterprise Drive, Suite 310
       Shelton, CT  06484
       Phone (203) 598-7585
       Fax (203) 577-5180
       Email: estockman@stockmanoconnor.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024 a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric J. Stockman
Eric J. Stockman, (ct14981)
Stockman O'Connor  PLLC
One Enterprise Drive, Suite 310
Shelton, CT  06484
Phone (203) 598-7585
Fax (203) 577-5180
Email: estockman@stockmanoconnor.com

2