## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR, | : | CIVIL NO. 3:23-cv-01337(MPS) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JANE KUPSON GROSSMAN, ET AL, | : | |
| | : | |
| *Defendants.* | : | APRIL 23, 2024 |

### MOTION FOR EXTENSION OF TIME

All defendants for whom the undersigned has appeared in this matter ("State Defendants"; individual names of the over 130 individuals omitted for the sake of brevity), pursuant to Fed. R. Civ. Proc. 6 and Local Rule 7(b)(1)(a), hereby move the Court for an extension of time of 15 days, up to and including May 14, 2024, within which to respond to the Plaintiff's Third Amended Complaint dated March 11, 2024 (CM/ECF no. 462). The Plaintiff's Complaint is 230 pages long and includes fifty-three separate counts. The undersigned represents over 130 defendants in this matter, each of whom has differing postures in the case and varying defenses to the multifarious allegations of the Third Amended Complaint. Response to such an unusually lengthy and complex set of allegations and claims is a large undertaking and will require additional time to ensure the Plaintiff's claims can be comprehensively and sufficiently addressed. The requested extension is only fifteen days and not anticipated to cause prejudice or undue delay for any party.

This is the State Defendants' first such motion for extension of time.

The undersigned contacted the Plaintiff at 10:02 a.m. this date seeking consent to the extension, but has not yet received a response, and therefore cannot ascertain Plaintiff's position on the extension.

Dated at Hartford, Connecticut, this 23rd day of April, 2024.

|  |  |
|---|---|
|  | DEFENDANTS,<br>HON. JANE KUPSON GROSSMAN, ET AL<br><br>WILLIAM TONG<br>ATTORNEY GENERAL |
| BY: | /s/ Brian E. Tetreault_____<br>Brian E. Tetreault<br>Assistant Attorney General<br>Federal Bar No. ct229873<br>165 Capitol Avenue<br>Hartford, CT  06106<br>Tel: (860) 808-5090<br>Fax: (860) 808-5384<br>brian.tetreault@ct.gov |

## **CERTIFICATION**

I hereby certify that on April 23, 2024, a copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian E. Tetreault_____
Brian E. Tetreault (ct229873)
Assistant Attorney General