### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTAR et al. | : | |
| v. | : | 3:23-cv-1337 (MPS) |
| GROSSMAN et al. | : | NOVEMBER 17, 2024 |

**NOTICE OF JUDGMENT OF DISMISSAL IN BANKRUPTCY PROCEEDING**

Defendant Ashley Gray offers notice to this Court that the Bankruptcy Case *In re:* Anta,r 24-30480 has been disposed of by way of a judgment of dismissal. *See* attached Memorandum of Decision and Order Dismissing Chapter 7 Case. Accordingly, the Bankruptcy Stay is lifted by statute. *See* 11 U.S.C. §362(c)(2)(B).

.

                                                                       Respectfully submitted,

                                                                       ASHLEY GRAY

NOVEMBER 17, 2024         */s/ Mario Cerame ct30125*
                                                       Mario Cerame
                                                       Brignole, Bush & Lewis LLC
                                                       73 Wadsworth Street
                                                       Hartford, Connecticut 06106
                                                       T: 860.527.9973
                                                       F: 860.527.5929
                                                       E: mario@brignole.com

                                                       HER ATTORNEYS

## CERTIFICATION

      I hereby certify that on November 17, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Mario Cerame