UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THEODORA F. ANTAR<br>*Plaintiff* | )<br>) **3:23-cv-01337-MPS**<br>) |
| v.<br>JANE KUPSON GROSSMAN, ET AL<br>*Defendant* | )<br>)<br>)<br>)     MARCH 5, 2025<br>) |

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

## PURSUANT TO FRAP 4(a)(5)

COMES NOW Plaintiff Theodora Antar, proceeding pro se, and respectfully moves this Court for an extension of time to file her Notice of Appeal under Federal Rule of Appellate Procedure 4(a)(5). In support thereof, Plaintiff states:

Timeliness Deficit

The underlying judgment was entered on November 27, 2024. Plaintiff filed her Notice of Appeal on March 5, 2025 - 98 days after entry of judgment. This exceeds FRAP 4(a)(1)'s 30-day deadline by 68 days.

Grounds for Extension

The delay resulted from:

a) Financial Hardship:

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

1

$0 monthly income against $4,223 obligations (IFP Affidavit ¶C.1)

$250,000 mortgage debt (IFP Affidavit ¶B.1.a)

$40,000 cumulative litigation debt from child custody proceedings

b) Procedural Barriers:

Lack of legal representation

Good faith belief in ongoing settlement negotiations

Constitutional Imperative

Denial would violate:

Right to meaningful access under Bounds v. Smith, 430 U.S. 817 (1977)

Prohibition against wealth-based discrimination (Bearden v. Georgia, 461 U.S. 660)

Legal Standard Met

This motion satisfies FRAP 4(a)(5)'s requirements through:

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

Demonstration of good cause

Absence of prejudice to defendants

Non-frivolous appellate issues (attached Dismissal Order shows disputed legal conclusions)

REQUESTED RELIEF

Retroactively extend appeal deadline to March 5, 2025

Waive $52 motion fee under 28 U.S.C. § 1915(a)

Certify constitutional issues for appellate review

PROOF OF JUDGMENT DATE

Attached:

Docket report showing 11/27/24 entry (Exhibit A)

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**

3

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025, copies of this motion were served via:

[ ] ECF

[X] First Class Mail to:

U.S. Attorney's Office, District of CT

157 Church Street, New Haven, CT 06510

Defense Counsel of Record

Clerk of Court

Respectfully submitted,

_____/s/_____

Theodora Antar, Pro Se

856 Shagbark Drive

Orange, CT 06477

(203) 273-8419

March 5, 2025

4

**ORAL ARGUMENT NOT REQUESTED**

**TESTIMONY NOT REQUIRED**